**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN (DETROIT)**

---

DARNELL JAMAR ANDERSON,
Plaintiff,

vs.

EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION LLC; and VERIZON WIRELESS SERVICES, LLC;
Defendants.

CASE NO. 2:25-cv-14041-JJCG-CI

Judge Jonathan J.C. Grey
Magistrate Judge Curtis Ivy, Jr.

---

**MOTION TO SUBSTITUTE ATTORNEY OF RECORD FOR DEFENDANT TRANS UNION LLC**

---

Comes now undersigned counsel for Defendant Trans Union, LLC, and hereby requests that the Court substitute the appearance of William M. Huse, Esq., for Scott E. Brady, Esq., as both counsel of the same firm. Mr. Huse is no longer handling this case. Trans Union, LLC will continue to be represented in this matter by Scott E. Brady, Esq. and Myra D. Feagin, Esq., of the law firm of Quilling, Selander, Lownds, Winslett & Moser, P.C.

Respectfully submitted,

*/s/Scott E. Brady*

Scott E. Brady, Esq.
Quilling, Selander, Lownds, Winslett
& Moser, P.C.
10333 North Meridian Street, Suite 200
Indianapolis, IN 46290
Telephone: (317) 497-5600, Ext. 601
Fax: (317) 899-9348
E-Mail: sbrady@qslwm.com

*Lead Counsel for Defendant Trans Union LLC*

*/s/William M. Huse*

William M. Huse, Esq.
Quilling, Selander, Lownds, Winslett
& Moser, P.C.
10333 North Meridian Street, Suite 200
Indianapolis, IN 46290
Telephone: (317) 497-5600, Ext. 603
Fax: (317) 899-9348
E-Mail: whuse@qslwm.com

*Withdrawing Counsel for Defendant TransUnion, LLC*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN (ANN ARBOR)**

---

DARNELL JAMAR ANDERSON,
Plaintiff,

vs.

EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION LLC; and VERIZON WIRELESS SERVICES, LLC;
Defendants.

CASE NO. 2:25-cv-14041-JJCG-CI

Judge Jonathan J.C. Grey
Magistrate Judge Curtis Ivy, Jr.

---

## CERTIFICATE OF SERVICE

---

I, **Scott E. Brady** hereby certify that on the **29th day of April, 2026**, I electronically filed the foregoing with the Clerk of the Court using the ECF systems which will automatically send notification of such filing to the following counsel of record:

| | |
|---|---|
| Meir Rubinov, Esq.<br>mrubinov@consumerattorneys.com | Parker J. Feldman, Esq.<br>pfeldman@jonesday.com |
| Jordan S. Bolton, Esq.<br>jbolton@taftlaw.com | Sarah K. Weberman, Esq.<br>sweberman@jonesday.com |
| Sylas A. Kern, Esq.<br>skern@seyfarth.com | Vincent C. Sallan, Esq.<br>vsallan@taftlaw.com |
| Matthew D. Kelly, Esq.<br>mkelly@smsm.com | |

I further certify that on the **29th day of April, 2026**, a copy of the foregoing was sent via U.S., First Class Mail, postage prepaid to the following non-ECF participants:

| | |
|---|---|
| None. | |

*/s/Scott E. Brady*
Scott E. Brady, Esq.
Quilling, Selander, Lownds, Winslett
& Moser, P.C.
10333 North Meridian Street, Suite 200
Indianapolis, IN 46290
Telephone: (317) 497-5600, Ext. 601
Fax: (317) 899-9348
E-Mail: sbrady@qslwm.com

*Counsel for Defendant Trans Union LLC*