## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

DARNELL JAMAR ANDERSON,

Plaintiff,

v.

EXPERIAN INFORMATION
SOLUTIONS, INC., EQUIFAX
INFORMATION SERVICES, LLC,
TRANS UNION LLC, VERIZON
WIRELESS SERVICES, LLC;

Defendants.

Civil Action No. 2:25-cv-14041-JJCG-CI

District Judge Jonathan J.C. Grey

Magistrate Judge Curtis Ivy, Jr.

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. ONLY

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Darnell Jamar Anderson and Defendant Experian Information Solutions, Inc. ("Experian"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Defendant Experian only. Plaintiff and Defendant Experian have agreed that all attorneys' fees and costs are to be paid as indicated in the parties' settlement agreement and release.

Dated: June 4, 2026

By: /s/ *Meir Rubinov*
Meir Rubinov, NY Bar # 6077887
CONSUMER ATTORNEYS
68-29 Main Street

By: /s/ *Sarah K. Weberman*
Sarah K. Weberman (P87188)
JONES DAY
150 West Jefferson, Suite 2100

1

Flushing NY 11367
T: 718-640-8123
F: (718) 247-8020
E: mrubinov@consumerattorneys.com

*Attorneys for Plaintiff,*
*Darnell Jamar Anderson*

Detroit, MI 48226-4438
T: (313) 733-3939
E: sweberman@jonesday.com

*Counsel for Defendant*
*Experian Information Solutions, Inc.*

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

|  |  |
|---|---|
| DARNELL JAMAR ANDERSON,<br><br>      Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION LLC, VERIZON WIRELESS SERVICES, LLC;<br><br>      Defendants. | Civil Action No. 2:25-cv-14041<br><br>District Judge Jonathan J.C. Grey<br><br>Magistrate Judge Curtis Ivy, Jr. |

### ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. ONLY

Upon review of the Parties' Stipulation of Dismissal with Prejudice as to Defendant Experian Information Solutions, Inc. only, and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED**.

The above-entitled matter is hereby dismissed with prejudice as to Defendant Experian Information Solutions, Inc. only.

**SO ORDERED.**

Dated: June 4, 2026                    **s/Jonathan J.C. Grey**
                                                          HONORABLE JONATHAN J.C. GREY
                                                          UNITED STATES DISTRICT JUDGE

3

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 4, 2026.

s/ **S. Osorio**
Sandra Osorio
Case Manager